FILED

08/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0071

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0071

_____

DANIEL G. DEBUFF and SANDRA L. DEBUFF,
          Petitioners/Appellees,

     v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION,
          Respondent/Appellant.

_____

**ORDER GRANTING EXTENSION**

_____

Upon consideration of Appellant's Unopposed Motion for Extension of

Time to File Reply Brief and good cause appearing,

IT IS HEREBY ORDERED that the Appellant, Department of Natural

Resources and Conservation, is hereby granted a 30-day extension of time up to

and including October 2, 2020 to prepare, file and serve its reply brief.

c: Brian C. Bramblett; Barbara Chillcott; John E. Bloomquist

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 26 2020